## Kohn *v.* O'Callaghan, Appellant.

OPINION BY HENDERSON, J., November 18, 1912:

This case was argued with the case of Charles Kohn v. Patrick Manning, No. 254, October Term, 1911, ante, p. 102. It arises out of a similar state of facts and involves the same questions. We have this day filed an opinion holding that the affidavits of defense were not sufficient in the case of Kohn v. Manning and for like reasons the judgment in this case is affirmed.